IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRISON BURTON,

      Plaintiff,                    No. 2:13-cv-0169 EFB P

vs.

RON BARNES, et al.,

      Defendants.           ORDER

_____/

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On May 13, 2013, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. The court found service appropriate as to only one of the named defendants, and granted plaintiff thirty days to either return documents necessary to effect service of process on that defendant, or to file an amended complaint to cure the deficiencies in the complaint. Dckt. No. 10. The order warned plaintiff that failure to comply would result in this action being dismissed. The time for acting has passed and plaintiff has not submitted the materials necessary for service, has not filed an amended complaint, or otherwise responded to the court's order.

1    A party's failure to comply with any order or with the Local Rules "may be grounds for
2 imposition by the Court of any and all sanctions authorized by statute or Rule or within the
3 inherent power of the Court." E.D. Cal. Local Rule 110.  The court may dismiss an action with
4 or without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik*
5 *v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in
6 dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended
7 complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,
8 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule
9 regarding notice of change of address affirmed).

10    Accordingly, it is hereby ORDERED that this action is DISMISSED.  Fed. R. Civ. P.
11 41(b); E. D. Cal. Local Rule 110, 183(b).

12 Dated:  June 18, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE